IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REGINA GAINES and YVETTE ADAMS, | ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:25-cv-01488 |
| v. | ) ) | JUDGE CAMPBELL |
| BICKFORD SENIOR LIVING GROUP, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The pending Joint Motion for Stay (Doc. No. 13) is **GRANTED**. The Clerk is **DIRECTED** to administratively close the file pending the parties' arbitration proceedings.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE